UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| THERESA M. DEACON,<br><br>    Plaintiff,<br><br>-against-<br><br>LOWE'S COMPANIES, INC.<br><br>    Defendant. | Hon. Charles L. Brieant, U.S.D.J.<br><br>Civil Action No. 08-cv-5570<br><br>**NOTICE OF MOTION TO ADMIT**<br>**JOHN K. BENNETT, ESQ.**<br>**PRO HAC VICE** |

Pursuant to Rule 1.3(c) of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York, I, Michael D. Ridenour, Esq., a member in good standing of the bar of this Court, hereby move for an Order, allowing the admission pro hac vice of:

> JOHN K. BENNETT, ESQ.
> Connell Foley LLP
> 85 Livingston Avenue
> Roseland, New Jersey 07068
> Ph.: (973) 535-0500
> Fax: (973) 535-9217
> jbennett@connellfoley.com

JOHN K. BENNETT, ESQ. is a member in good standing of the Bar of the State of New Jersey.

There are no pending disciplinary proceeds against JOHN K. BENNETT, ESQ. in any State or Federal Court.

Dated: August 4, 2008
       Roseland, New Jersey



1962944-01

>Respectfully submitted,
>
>*/s/ Michael D. Ridenour*
>Michael D. Ridenour, Esq.
>SDNY Bar No. MR-2580
>CONNELL FOLEY LLP
>85 Livingston Avenue
>Roseland, New Jersey 07068
>Ph.: (973) 535-0500
>Fax: (973) 535-9217
>
>-and-
>
>888 Seventh Avenue
>New York, New York 10106
>Ph.: (212) 262-2390
>Fax: (212) 262-0050

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| THERESA M. DEACON,<br><br>    Plaintiff,<br><br>-against-<br><br>LOWE'S COMPANIES, INC.<br><br>    Defendant. | Hon. Charles L. Brieant, U.S.D.J.<br><br>Civil Action No. 08-cv-5570<br><br>**AFFIDAVIT OF MICHAEL D. RIDENOUR, ESQ. IN SUPPORT OF MOTION TO ADMIT COUNSEL PRO HAC VICE** |

State of New Jersey )
                     ) ss:
County of Essex    )

    Michael D. Ridenour, being duly sworn, hereby deposes and says as follows:

    1. I am associated with Connell Foley LLP, counsel for Defendant, Lowe's Home Centers, Inc. (erroneously captioned as "Lowe's Companies, Inc."; hereinafter "Lowe's"), in the above-captioned action. I am familiar with the proceedings in this case. I make this statement based on my personal knowledge of the facts set forth herein and in support of Lowe's motion to admit John K. Bennett, Esq. as counsel pro hac vice to represent Lowe's in this matter.

    2. I am a member in good standing of the bar of the State of New York and was admitted to practice law therein in November 2005. I am also admitted to the bar of the United States

District Court for the Southern District of New York, and am in good standing with this Court.

3. I have known John K. Bennett since December 2007. I have found Mr. Bennett to be a skilled attorney and a person of integrity.

4. Mr. Bennett is a member of Connell Foley LLP in Roseland, New Jersey.

5. Mr. Bennett is a member in good standing of the bar of the State of New Jersey. I respectfully refer the Court to the included Certificate of Good Standing for Mr. Bennett, issued by the State of New Jersey on July 23, 2008, said date being within thirty (30) days of the date of this application.

6. Mr. Bennett is also admitted to the bar of the United States District Court for the District of New Jersey, and is in good standing with that Court. He is experienced in Federal practice and is familiar with the Federal Rules of Procedure.

7. Accordingly, I am pleased to move the admission of John K. Bennett, Esq., pro hac vice.

8. I respectfully include with this application a proposed form of Order granting the admission of John K. Bennett, Esq., pro hac vice.

WHEREFORE it is respectfully requested that the motion to admit John K. Bennett, Esq., pro hac vice, to represent Lowe's in the above-captioned matter, be granted.

                Respectfully submitted,


                _____
                Michael D. Ridenour, Esq.
                SDNY Bar No. MR-2580


Sworn and subscribed to
before me this 4th day
of August, 2008.

_____
Notary Public

**LINARDA C. BROWN**
**A Notary Public of New Jersey**
**My Commission Expires April 3, 2011**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| THERESA M. DEACON,<br><br>      Plaintiff,<br><br>-against-<br><br>LOWE'S COMPANIES, INC.<br><br>      Defendant. | Hon. Charles L. Brieant, U.S.D.J.<br><br>Civil Action No. 08-cv-5570<br><br>**ORDER FOR ADMISSION**<br>**PRO HAC VICE ON WRITTEN MOTION** |

    Upon the motion of Michael D. Ridenour, Esq., attorney for Defendant, Lowe's Home Centers, Inc. (erroneously captioned as "Lowe's Companies, Inc."; hereinafter "Lowe's"), and said sponsor's affidavit in support;

    **IT IS HEREBY ORDERED** that

        JOHN K. BENNETT, ESQ.
        Connell Foley LLP
        85 Livingston Avenue
        Roseland, New Jersey 07068
        Ph.: (973) 535-0500
        Fax: (973) 535-9217
        jbennett@connellfoley.com

is admitted to practice pro hac vice as counsel for Defendant Lowe's in the above-captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case

1962944-01

Filing (ECF) system, counsel shall immediately apply for an ECF password at nysd.uscourts.gov.

Counsel shall forward the pro hac vice fee to the Clerk of Court.


Dated: _____, 2008
      White Plains, New York


                                        _____
                                        Hon. Charles L. Brieant, U.S.D.J.

# Supreme Court of New Jersey



# Certificate of Good Standing

This is to certify that **JOHN K BENNETT** (No. **024201980**) was constituted and appointed an Attorney at Law of New Jersey on **December 18, 1980** and, as such, has been admitted to practice before the Supreme Court and all other courts of this State as an Attorney at Law, according to its laws, rules, and customs.

I further certify that as of this date, the above-named is an Attorney at Law in Good Standing. For the purpose of this Certificate, an attorney is in "Good Standing" if the Court's records reflect that the attorney: 1) is current with all assessments imposed as a part of the filing of the annual Attorney Registration Statement, including, but not limited to, all obligations to the New Jersey Lawyers' Fund for Client Protection; 2) is not suspended or disbarred from the practice of law; 3) has not resigned from the Bar of this State; and 4) has not been transferred to Disability Inactive status pursuant to Rule 1:20-12.

Please note that this Certificate does not constitute confirmation of an attorney's satisfaction of the administrative requirements of Rule 1:21-1(a) for eligibility to practice law in this State.



In testimony whereof, I have hereunto set my hand and affixed the Seal of the Supreme Court, at Trenton, this **23RD** day of **July**, 20 **08**

Clerk of the Supreme Court

-453a-

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| THERESA M. DEACON,<br><br>      Plaintiff,<br><br>-against-<br><br>LOWE'S COMPANIES, INC.<br><br>      Defendant. | Hon. Charles L. Brieant, U.S.D.J.<br><br>Civil Action No. 08-cv-5570<br><br>**AFFIDAVIT OF SERVICE** |

I, Rebecca J. Billingsby, declare under penalty of perjury that I have served a copy of the attached notice of motion, affidavit and proposed form of Order upon Christopher D. Watkins, Esq., counsel for plaintiff, at Sussman & Watkins, 40 Park Place, P.O. Box 1005, Goshen, New York 10924, by United States mail, postage fully paid.

Dated: August 4, 2008
       Roseland, New Jersey

                                               Rebecca J. Billingsby
                                               CONNELL FOLEY LLP
                                               85 Livingston Avenue
                                               Roseland, New Jersey 07068
                                               Ph.: (973) 535-0500
                                               Fax: (973) 535-9217

1962944-01