UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| THERESA M. DEACON,<br><br>      Plaintiff,<br><br>-against-<br><br>LOWE'S COMPANIES, INC.<br><br>      Defendant. | Hon. Charles L. Brieant, U.S.D.J.<br><br>Civil Action No. 08-cv-5570<br><br>**ORDER FOR ADMISSION**<br>**PRO HAC VICE ON WRITTEN MOTION** |

Upon the motion of Michael D. Ridenour, Esq., attorney for Defendant, Lowe's Home Centers, Inc. (erroneously captioned as "Lowe's Companies, Inc."; hereinafter "Lowe's"), and said sponsor's affidavit in support;

**IT IS HEREBY ORDERED** that

    JOHN K. BENNETT, ESQ.
    Connell Foley LLP
    85 Livingston Avenue
    Roseland, New Jersey 07068
    Ph.: (973) 535-0500
    Fax: (973) 535-9217
    jbennett@connellfoley.com

is admitted to practice pro hac vice as counsel for Defendant Lowe's in the above-captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case

Filing (ECF) system, counsel shall immediately apply for an ECF password at nysd.uscourts.gov.

Counsel shall forward the pro hac vice fee to the Clerk of Court.

Dated: 8/20 , 2008
White Plains, New York

_____
Hon. ~~Charles L. Brieant~~, U.S.D.J.
Cathy Seibel